Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  14−24569−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Pugliese
   aka Patricia A. Urso, aka Patricia A.
   Pugliese, aka Patricia A. Wardlow
   24 Amaryllis Lane
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−9289

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/8/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 8, 2016
JJW: bwj

                                        James J. Waldron
                                        Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 14-24569-CMG
Patricia Pugliese                                                   Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2        Date Rcvd: Dec 08, 2016
                              Form ID: 148               Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db             +Patricia Pugliese,    24 Amaryllis Lane,    Lumberton, NJ 08048-4866
cr             +HSBC BANK USA, N.A.,    Stern & Eisenberg, PC,    1040 North Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATI,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. as servicer for U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
514920965      +Americas Servicing Co,    Po Box 10328,   Des Moines, IA 50306-0328
514953972      +Comprehensive Advisors, LLC,    1000 Walnut St, Ste 110,   Lansdale, PA 19446-1140
515288039       HSBC Bank National Assiciation,    c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,
                 P.O. BOX 24605,   West Palm Beach,FL 33416-4605
514953974      +Integrity Partners, Inc.,    1000 Walnut St, Ste 110,   Lansdale, PA 19446-1140
514953975      +Integrity Tax Of New Jersey, Inc.,    1000 Walnut St, Ste 110,   Lansdale, PA 19446-1140
514953976      +John R. Hickey III,    1000 Walnut St, Ste 110,   Lansdale, PA 19446-1140
514953977      +Ocwen Loan Servicing L,    ATTN: BANKRUPTCY,    P.o. Box 24738,   West Palm Beach, FL 33416-4738
514953978     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    Dept Of Treasury, Division Of Taxation,
                 PO Box 283,    Trenton, NJ  08695-0283)
515458625      +U.S. BANK N.A., AS TRUSTEE, et.al.,    AMERICAS SERVICING COMPANY,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,   3476 STATEVIEW BOULEVARD,
                 FORT MILL, SC 29715-7203
515265821      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE et.al A,    Attention: Bankruptcy Department,
                 MAC# #D3347-014,   3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
514920966      +US Bank National Association,    Attn: Phelan Hallinan & Diamond, PC,
                 400 Fellowship Rd, Ste 100,    Mt Laurel, NJ 08054-3437
515293573      +US Bank National Association, as Trustee, successo,   c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2016 23:39:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2016 23:39:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515294438      +EDI: WFFC.COM Dec 08 2016 23:23:00      Americas Servicing Company,   ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,   3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514953971      +EDI: CHASE.COM Dec 08 2016 23:23:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
514987947       EDI: DISCOVER.COM Dec 08 2016 23:23:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
514953973      +EDI: DISCOVER.COM Dec 08 2016 23:23:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
514940682       EDI: RMSC.COM Dec 08 2016 23:23:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515325727      +EDI: WFFC.COM Dec 08 2016 23:23:00      WELLS FARGO BANK, N.A.,   AMERICAS SERVICING COMPANY,
                 Attention: Bankruptcy Department,    MAC# #D3347-014,   3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
514980528       EDI: WFFC.COM Dec 08 2016 23:23:00      Wells Fargo Bank, N.A.,   PO Box 10438,
                 Des Moines, IA 50306-0438
514953980      +EDI: WFFC.COM Dec 08 2016 23:23:00      Wf Crd Svc,   ATTENTION: BANKRUPTCY,   Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATI,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr*            +WELLS FARGO BANK, N.A. as servicer for U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515812692*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,   Trenton NJ 08695-0245)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 08, 2016
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor   US Bank National Association, as Trustee, successor
           in interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
           Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
           IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
           MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
           ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
           ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE,SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES nj.bkecf@fedphe.com
          Christopher G. Cassie    on behalf of Debtor Patricia  Pugliese ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston
           Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Throu bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          John D. Krohn    on behalf of Creditor   US Bank National Association, as Trustee, successor in
           interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
           Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
           COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST
           TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDI nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Justin  Plean    on behalf of Creditor   HSBC BANK USA, N.A. jplean@rasflaw.com
          Lee Martin Perlman    on behalf of Debtor Patricia  Pugliese ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, N.A. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                             TOTAL: 19
```