UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEE M. PERLMAN, ESQUIRE

1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224

Order Filed on February 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PATRICIA PUGLIESE

| | |
|---|---|
| Case Number: | 14-24569 CMG |
| Hearing Date: | |
| Judge: | CMG |
| Chapter: | 13 |

| | |
|---|---|
| Recommended Local Form: | ☒ Followed   ☐ Modified |

**ORDER REINSTATING CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____Patricia Pugliese_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*