UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LEE M. PERLMAN, ESQUIRE
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224

**Order Filed on February 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PATRICIA PUGLIESE

| | |
|---|---|
| Case Number: | 14-24569 CMG |
| Hearing Date: | |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

### ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____Patricia Pugliese_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia Pugliese  
    Debtor

Case No. 14-24569-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 17, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.  
db         +Patricia Pugliese,   24 Amaryllis Lane,   Lumberton, NJ 08048-4866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:

          Albert   Russo    docs@russotrustee.com  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Amy L. Knapp    on behalf of Debtor Patricia   Pugliese alk@sgoldsteinlaw.com,  
           G31979@notify.cincompass.com;notices@uprightlaw.com  
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK  
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS  
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK  
           NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4  
           ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK  
           NATIONAL ASSOCIATION, AS TRUSTEE,SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS  
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    US Bank National Association, as Trustee, successor  
           in interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage  
           Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR  
           IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON  
           MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK  
           NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4  
           ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com  
          Christopher G. Cassie    on behalf of Debtor Patricia   Pugliese ecf@newjerseybankruptcy.com,  
           lmpcourt@gmail.com  
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor  
           in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston  
           Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Throu bankruptcynotice@zuckergoldberg.com,  
           bkgroup@kmllawgroup.com  
          John D. Krohn    on behalf of Creditor    US Bank National Association, as Trustee, successor in  
           interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage  
           Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com  
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK  
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS  
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com  
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING  
           COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST  
           TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDI nj.bkecf@fedphe.com  
          Justin   Plean    on behalf of Creditor    HSBC BANK USA, N.A. jplean@rasflaw.com

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Feb 17, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, N.A. bkecf@sterneisenberg.com,
      jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
      TOTAL: 19