Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–24569–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia Pugliese
aka Patricia A. Urso, aka Patricia A.
Pugliese, aka Patricia A. Wardlow
24 Amaryllis Lane
Lumberton, NJ 08048

Social Security No.:
xxx–xx–9289

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 18, 2015.

On 2/23/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date: April 5, 2017
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 24, 2017
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia Pugliese  
    Debtor

Case No. 14-24569-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Feb 24, 2017
                        Form ID: 185    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.
```
db              +Patricia Pugliese,    24 Amaryllis Lane,    Lumberton, NJ 08048-4866
cr              +HSBC BANK USA, N.A.,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
                  Cherry Hill, NJ 08034-1925
cr              +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                  Mt. Laurel, NJ 08054-3437
cr              +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATI,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +WELLS FARGO BANK, N.A. as servicer for U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514920965       +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
515294438       +Americas Servicing Company,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                  Fort Mill, SC 29715-7203
514953971       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
514953972       +Comprehensive Advisors, LLC,    1000 Walnut St, Ste 110,    Lansdale, PA 19446-1140
515288039        HSBC Bank National Assiciation,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                  P.O. BOX 24605,    West Palm Beach,FL 33416-4605
514953974       +Integrity Partners, Inc.,    1000 Walnut St, Ste 110,    Lansdale, PA 19446-1140
514953975       +Integrity Tax Of New Jersey, Inc.,    1000 Walnut St, Ste 110,    Lansdale, PA 19446-1140
514953976       +John R. Hickey III,    1000 Walnut St, Ste 110,    Lansdale, PA 19446-1140
514953977       +Ocwen Loan Servicing L,    ATTN: BANKRUPTCY,    P.o. Box 24738,    West Palm Beach, FL 33416-4738
514953978      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    Dept Of Treasury, Division Of Taxation,
                  PO Box 283,    Trenton, NJ  08695-0283)
515458625       +U.S. BANK N.A., AS TRUSTEE, et.al.,    AMERICAS SERVICING COMPANY,
                  ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,    3476 STATEVIEW BOULEVARD,
                  FORT MILL, SC 29715-7203
515265821       +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE et.al A,    Attention: Bankruptcy Department,
                  MAC# #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
514920966       +US Bank National Association,    Attn: Phelan Hallinan & Diamond, PC,
                  400 Fellowship Rd, Ste 100,    Mt Laurel, NJ 08054-3437
515293573       +US Bank National Association, as Trustee, successo,    c/o Zucker Goldberg & Ackerman,
                  200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515325727       +WELLS FARGO BANK, N.A.,    AMERICAS SERVICING COMPANY,    Attention: Bankruptcy Department,
                  MAC# #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
514980528        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
514953980       +Wf Crd Svc,    ATTENTION: BANKRUPTCY,    Po Box 10438,    Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2017 23:19:02     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2017 23:18:59     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514987947        E-mail/Text: mrdiscen@discover.com Feb 24 2017 23:18:25     Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
514953973       +E-mail/Text: mrdiscen@discover.com Feb 24 2017 23:18:25     Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
514940682        E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 23:17:41     Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                               TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*             +WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATI,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr*             +WELLS FARGO BANK, N.A. as servicer for U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515812692*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Feb 24, 2017
                              Form ID: 185             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:

```
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo   (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Amy L. Knapp    on behalf of Debtor Patricia   Pugliese alk@sgoldsteinlaw.com,
           G31979@notify.cincompass.com;notices@uprightlaw.com
          Andrew L. Spivack    on behalf of Creditor    US Bank National Association, as Trustee, successor
           in interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
           Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
           IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
           MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
           ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
           ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE,SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES nj.bkecf@fedphe.com
          Christopher G. Cassie    on behalf of Debtor Patricia   Pugliese ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston
           Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Throu bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          John D. Krohn    on behalf of Creditor    US Bank National Association, as Trustee, successor in
           interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
           Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
           TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
           COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST
           TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDI nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Justin   Plean    on behalf of Creditor    HSBC BANK USA, N.A. jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, N.A. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                             TOTAL: 19
```