| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Cn 4853
Trenton, NJ  08650
(609) 587-6888

In re:

Patricia Pugliese

Debtor(s)

**Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 14-24569 / CMG

Hearing Date:  07/19/2017

Judge: Christine M. Gravelle

Chapter: 13

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: August 23, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 02/23/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$142,464.00 PAID TO DATE

$4,729.00 for 24 months beginning 8/1/2017

**ORDERED** that the case is confirmed to pay 100% dividend to general unsecured creditors.

**ORDERED** that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement. Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** as follows:

PRE-PETITION ARREARS OF WELLS FARGO BANK C/O AMERICA'S SERVICING ARE TO BE TREATED OUTSIDE OF PLAN AND LENDER IS FREE TO SEEK STAY RELIEF. TRUSTEE WILL NOT PAY PROOF OF CLAIM 6-1 IN THE PLAN.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-24569-CMG
Patricia Pugliese                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Aug 23, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db             +Patricia Pugliese,    24 Amaryllis Lane,    Lumberton, NJ 08048-4866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo (NA)     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Amy L. Knapp     on behalf of Debtor Patricia  Pugliese alk@sgoldsteinlaw.com,
               g31979@notify.cincompass.com;notices@uprightlaw.com;r63406@notify.bestcase.com
              Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com
              Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
               ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
              Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE,SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES nj.bkecf@fedphe.com
              Andrew L. Spivack     on behalf of Creditor    US Bank National Association, as Trustee, successor
               in interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
               Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
              Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST
               TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDI nj.bkecf@fedphe.com
              Andrew L. Spivack     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
               MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
              Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
               ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
              Christopher G. Cassie     on behalf of Debtor Patricia  Pugliese ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston
               Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Throu bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              John D. Krohn     on behalf of Creditor    US Bank National Association, as Trustee, successor in
               interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
               Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
              Justin  Plean     on behalf of Creditor    HSBC BANK USA, N.A. jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Michael Frederick Dingerdissen     on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 23, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
          TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE
          FIRST BOSTON et.al. nj.bkecf@fedphe.com
         Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
          TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE
          FIRST BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR
          STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4 ASSET-BACKED CERTIFICATES, SERIES 2004-AC4
          nj.bkecf@fedphe.com
         Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, N.A. bkecf@sterneisenberg.com,
          jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                            TOTAL: 21

Case 14-24569-CMG    Doc 127    Filed 08/25/17    Entered 08/26/17 00:30:28    Desc
Imaged Certificate of Notice    Page 5 of 5