UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

Order Filed on October 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PATRICIA PUGLIESE

Case No.: 14-24569 CMG

Chapter: 13

Hearing Date: _____

Judge: CMG

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: October 25, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____24 Amaryllis Lane, Lumberton, New Jersey 08048_____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ☒ Satisfy all Plan obligations from financing proceeds
- ❏ Continue to make payments under the Plan as proposed or confirmed
- ❏ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $_____500.00_____ for representation in connection with this motion, which is to be paid (**choose one**):

☒ at closing      ❏ through the plan      ❏ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

❏ is applicable        ☒ is not applicable

ORDERED that the following other provisions apply:

ORDERED that the aforesaid motion or application is conditionally approved so long as U.S. Bank National Association, As Trustee, Successor In Interest To Bank One, National Association, As Trustee For Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-26 is paid in full out of the proceeds of the sale or re-finance, pursuant to a valid payoff, requested by Debtor and provided by the Secured Creditor prior to the closing date.

ORDERED THAT U.S. Bank National Association, As Trustee, Successor In Interest To Bank One, National Association, As Trustee For Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-26 receive the full payoff, as determined by a current payoff statement, within 48 hours of closing and that the Payoff Statement cannot be expired at the time of the closing.

ORDERED THAT any proposed short sale is first approved by Respondent and if such sale will be taking place after the imposed deadline as outlined by Secured Creditor, a new approval will be required prior to the sale.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev.: BB7*