UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224

Order Filed on April 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PATRICIA PUGLIESE

Case Number: ____14-24569 CMG____

Hearing Date: ____November 19, 2018____

Judge: ____CMG____

Chapter: ____13____

Recommended Local Form:   ☐ Followed   ☒ Modified

**CONSENT ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 12, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____Patricia Pugliese_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to \_\_\_\_Specialized Loan Servicing\_\_\_\_ is reinstated effective the date of this order.

This Order pertains to the mortgage held by Specialized Loan Servicing on debtor's property located at 24 Amaryllis Lane, Lumberton, New Jersey 08060.

It is further Ordered that debtor agrees to make the remaining payments per the Trial Loan Modification Agreement with Specialized Loan Servicing.

It is further Order that Specialized Loan Servicing will not demand remaining post-petition arrearages from prior to the Trial Loan Modification, however the amount remains due ad has no been waived. However, if a Final Loan Modification is not achieved within ninety (90) days from the date of the execution of this Consent Order or as extended by further Court Order, or debtor is denied a Final Loan Modification prior to the expiration of ninety (90) days, Specialized Loan Servicing may seek relief from the Automatic Stay by filing a Certification of Default for the remaining post-petition arrearages.

Debtor is to comply with payment terms of the Trial Loan Modification. In the event any payment is not made within thirty (30) days of its due date, Specialized Loan Servicing may bring a Certification of Default.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Amy L. Knapp                                    /s/ Melissa Licker
Amy L. Knapp, Esq.                                  Melissa Licker, Esq.
Attorney for debtor                                 Attorney for creditor

Date: 4/5/19                                        Date: 4/5/19

*rev.7/12/16*