Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−24569−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Pugliese
   aka Patricia A. Urso, aka Patricia A.
   Pugliese, aka Patricia A. Wardlow
   24 Amaryllis Lane
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−9289

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 9, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 160 − 159
Order Granting Motion to Approve Loan Modification (Related Doc # 159) with Specialized Loan Servicing. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/9/2019. (amg)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 9, 2019
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 14-24569-CMG
Patricia Pugliese                                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: orderntc        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db          +Patricia Pugliese,    24 Amaryllis Lane,    Lumberton, NJ 08048-4866
cr          +HSBC BANK USA, N.A.,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
              Cherry Hill, NJ 08034-1925
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEA,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATI,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, N.A. as servicer for U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr*         +WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATI,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr*         +WELLS FARGO BANK, N.A. as servicer for U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
                                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Amy L Knapp     on behalf of Debtor Patricia   Pugliese ecf@newjerseybankruptcy.com,
               notices@uprightlaw.com;r63406@notify.bestcase.com
              Andrew L. Spivack    on behalf of Creditor    US Bank National Association, as Trustee, successor
               in interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
               Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST
               TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDI nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
               MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
               ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: orderntc        Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4 ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES nj.bkecf@fedphe.com
          Christopher G. Cassie    on behalf of Debtor Patricia   Pugliese ecf@newjerseybankruptcy.com, kbrand@spearwilderman.com
          Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED PASS-THROU craig.keiser@phelanhallinan.com
          Craig Scott Keiser    on behalf of Creditor    U.S. Bank National Association, As Trustee, Successor In Interest To Bank One, National Association, As Trustee For Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Throu craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Throu bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          John D. Krohn    on behalf of Creditor    US Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
          Justin  Plean    on behalf of Creditor    HSBC BANK USA, N.A. jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association, as Trustee, et al kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    HSBC BANK USA, N.A. bkyefile@rasflaw.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON et.al. nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Miriam  Rosenblatt    on behalf of Creditor    HSBC BANK USA, N.A. miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON et.al. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4 ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4 ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          Sindi  Mncina    on behalf of Creditor    HSBC BANK USA, N.A. smncina@rascrane.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

                                                                                                                       TOTAL: 30