Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–24569–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Pugliese
   aka Patricia A. Urso, aka Patricia A.
   Pugliese, aka Patricia A. Wardlow
   24 Amaryllis Lane
   Lumberton, NJ 08048

Social Security No.:
   xxx–xx–9289

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 23, 2017.

On July 16, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                         August 21, 2019
Time:                          10:00 AM
Location:                     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 17, 2019
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-24569-CMG
Patricia Pugliese                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 3            Date Rcvd: Jul 17, 2019
                               Form ID: 185            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db            +Patricia Pugliese,    24 Amaryllis Lane,    Lumberton, NJ 08048-4866
cr            +HSBC BANK USA, N.A.,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
               Cherry Hill, NJ 08034-1925
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEA,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATI,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, N.A. as servicer for U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514920965     +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
515294438     +Americas Servicing Company,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
514953971     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515288039      HSBC Bank National Assiciation,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
               P.O. BOX 24605,    West Palm Beach,FL 33416-4605
514953975     +Integrity Tax Of New Jersey, Inc.,    1000 Walnut St, Ste 110,    Lansdale, PA 19446-1140
514953976     +John R. Hickey III,    1000 Walnut St, Ste 110,    Lansdale, PA 19446-1140
514953977     +Ocwen Loan Servicing L,    ATTN: BANKRUPTCY,    P.o. Box 24738,    West Palm Beach, FL 33416-4738
514953978     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,    Dept Of Treasury, Division Of Taxation,
               PO Box 283,    Trenton, NJ  08695-0283)
518004708     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
518004709     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515458625     +U.S. BANK N.A., AS TRUSTEE, et.al.,    AMERICAS SERVICING COMPANY,
               ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,    3476 STATEVIEW BOULEVARD,
               FORT MILL, SC 29715-7203
515265821     +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE et.al A,    Attention: Bankruptcy Department,
               MAC# #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
517546691      U.S. Bank National Association, as Trustee et.al.,    Wells Fargo Bank, N.A.,
               Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
514920966     +US Bank National Association,    Attn: Phelan Hallinan & Diamond, PC,
               400 Fellowship Rd, Ste 100,    Mt Laurel, NJ 08054-3437
515293573     +US Bank National Association, as Trustee, successo,    c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515325727     +WELLS FARGO BANK, N.A.,    AMERICAS SERVICING COMPANY,    Attention: Bankruptcy Department,
               MAC# #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
514980528      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
517587177     +Wells Fargo Bank, N.A.,    PO Box 14487,    Des Moines, IA 50306-3487
517090445      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
514953980     +Wf Crd Svc,    ATTENTION: BANKRUPTCY,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 23:54:24      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 23:54:24      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514987947      E-mail/Text: mrdiscen@discover.com Jul 17 2019 23:53:34      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
514953973     +E-mail/Text: mrdiscen@discover.com Jul 17 2019 23:53:34      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
514940682      E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 23:51:35      Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                        TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr*           +WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK NATI,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr*           +WELLS FARGO BANK, N.A. as servicer for U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Jul 17, 2019
                              Form ID: 185              Total Noticed: 33


            ***** BYPASSED RECIPIENTS (continued) *****
515812692*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
518077562*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518077563*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
514953972    ##+Comprehensive Advisors, LLC,    1000 Walnut St, Ste 110,   Lansdale, PA 19446-1140
514953974    ##+Integrity Partners, Inc.,    1000 Walnut St, Ste 110,   Lansdale, PA 19446-1140
                                                                   TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Amy L Knapp   on behalf of Debtor Patricia  Pugliese ecf@newjerseybankruptcy.com,
               notices@uprightlaw.com;r63406@notify.bestcase.com
              Andrew L. Spivack   on behalf of Creditor   US Bank National Association, as Trustee, successor
               in interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
               Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
              Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST
               TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDI nj.bkecf@fedphe.com
              Andrew L. Spivack   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
               MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
              Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
               ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
              Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES C nj.bkecf@fedphe.com
              Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4
               ASSET-BACKED CERTIFICATES, SERIES 2004-AC4 nj.bkecf@fedphe.com
              Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE,SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES nj.bkecf@fedphe.com
              Christopher G. Cassie   on behalf of Debtor Patricia  Pugliese ecf@newjerseybankruptcy.com,
               kbrand@spearwilderman.com
              Craig Scott Keiser   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST
               BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED PASS-THROU craig.keiser@law.njoag.gov
              Craig Scott Keiser   on behalf of Creditor   U.S. Bank National Association, As Trustee,
               Successor In Interest To Bank One, National Association, As Trustee For Credit Suisse First
               Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Throu craig.keiser@law.njoag.gov
```

District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jul 17, 2019
                              Form ID: 185              Total Noticed: 33


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston
               Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Throu bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              John D. Krohn    on behalf of Creditor    US Bank National Association, as Trustee, successor in
               interest to Bank One, National Association, as Trustee for CreditSuisse First Boston Mortgage
               Securities Corp. CSFB Mortgage-Backed Pass-Through nj.bkecf@fedphe.com
              Justin Plean    on behalf of Creditor    HSBC BANK USA, N.A. jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association, as Trustee, et al
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    HSBC BANK USA, N.A. bkyefile@rasflaw.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
               TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE
               FIRST BOSTON et.al. nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
               TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE
               FIRST BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Miriam Rosenblatt    on behalf of Creditor    HSBC BANK USA, N.A. miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST
               BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED et.al. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST
               BOSTON et.al. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR
               STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4 ASSET-BACKED CERTIFICATES, SERIES 2004-AC4
               nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4 ASSET-BACKED CERTIFICATES, SERIES 2004-AC4
               nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              Sindi Mncina    on behalf of Creditor    HSBC BANK USA, N.A. smncina@rascrane.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, N.A. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                         TOTAL: 30