| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>827756<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: <u>U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC4 Asset-Backed Certificates, Series 2004-AC4</u>** | Order Filed on September 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PATRICIA PUGLIESE A/K/A PATRICIA A. URSO A/K/A PATRICIA A. PUGLIESE A/K/A PATRICIA A. WARDLOW | Case No: 14-24569 - CMG<br><br>Hearing Date: 08/21/2019<br><br>Judge:  Christine M. Gravelle |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 827756**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC4 Asset-Backed Certificates, Series 2004-AC4**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

PATRICIA PUGLIESE A/K/A
PATRICIA A. URSO A/K/A PATRICIA
A. PUGLIESE A/K/A PATRICIA A.
WARDLOW

Debtor

CASE NO. 14-24569 - CMG

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 08/21/2019

    This Consent Order pertains to the property located at 505 WILLOW BOULEVARD, BROWNS MILLS, NJ 08015, mortgage account ending with "2564";

    **THIS MATTER** having been brought before the Court by, Christopher G. Cassie, Esquire attorney for debtor, Patricia A. Urso upon the filing of a Chapter 13 Plan, U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC4 Asset-Backed Certificates, Series 2004-AC4 by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS on the** 5th **day of** September **, 2019, ORDERED as follows:**

    1.    Debtor has already satisfied the pre-petition arrears through the completion of the bankruptcy plan in the amount of $41,316.75.

    2.    Debtor shall continue to make full ongoing mortgage payments to Secured Creditor pursuant to the note and mortgage.

    3.    Debtor acknowledge that the monthly ongoing mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

      4.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan Diamond & Jones, PC
Attorneys for Secured Creditor:
U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC4 Asset-Backed Certificates, Series 2004-AC4

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

Dated: August 26, 2019

/s/ Amy Knapp                          Dated: August 27, 2019
Amy Knapp, Esquire
Attorney for debtors